IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAIL MCCOY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　　　Defendant. | 8:23CV281<br><br>**JUDGMENT** |

　　In accordance with the Order (Filing No. 23) entered today, judgment is entered in favor of plaintiff Gail McCoy and against defendant Martin O'Malley, Commissioner of Social Security.  *See* Fed. R. Civ. P. 58.

　　Dated this 3rd day of September 2024.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　Chief United States District Judge